Mr. JAMES E. Houck                               Sept 24, 2014
ID 421-024

RECEIVED PRO SE
SEP 3 0 2014
AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

FILED ___ ENTERED
LODGED ___ RECEIVED
SEP 2 6 2014
AT GREENBELT
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

RECEIVED PRO SE
OCT 2 1 2014
AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

V

United States District Court of The District of Maryland Court of Appeals.

GJH-14-3092

CASE No 119110

ORDER

This is A Motion for a NEW SENTENCE under Jurisdiction issue and Guidelines 25 to 40 year issue or Overturn my Conviction under identification Picture lineup issue.

2. Montgomery County Police officer Never Never show the Victim or Eyewitness identification Picture lineup of ME. 2010

2. Montgomery County Police officer Never Never Read me my Right when Picking me up from D.C. in 2010 1725 Minn Ave SE.

3. This is a cold Case 94 my old Attorney Never show me a Hospital Report from Dr that will show No Rape or No Sex offense and Willing to Take a lie detector to Clear my Name.

4. Jurisdiction issue and Guidelines 25 to 40 year The State Attorney said on The transcript in 2011 that my Guidelines was 25 to 40 year Not a life.

I do not understand the Plea because my old Attorney have never never talked over the Plea with me → Daughtry case V State 419 Md 35 "2011" Montgomery County Court in 2011 I Plea Guilty Old Cold Case 1994 and 2 Counts 2 Degree sex offense and my Guidelines was 25 to 40 year not life my Attorney have Never Talked over the Plea With me → Daughtry case I do not Understand and I can not Read and Misread in my case 117811C at the Time of the Plea Guilty I were on mental health Medications for schizoaffective Disorder and Bipolar Disorder and High Blood Pressure 1. Celexa 2. Bipolar Risperdal 3. Haldol 4. Benadryl 5. Depakote 6. Citalopram 7. Diphenhydramine 8. Hctz 9. Lisinopril → At the Time of the Plea and Sentence. The State Attorney said on the transcript that my Guidelines was 25 to 40 year But I Received Life Sentence When my Guidelines was 25 to 40 year that is what The State said my Guidelines was 25 to 4 year I Never been lock up in The State of Maryland before. I'm Not a Repeat offender of The Sex offense charge and The State Attorney When I Plea Guilty Was not asking for a Mandatory Maximum Sentence of life The State Attorney said on The transcript that my Guidelines was 25 to 40 year.

I never never new that I was plea guilt to a life sentence because my attorney have never talk over the plea with me and I have a mental illness and I were on Mental Health Medications at the time of the plea and sentence in 2011 and 2013. The State Attorney said on the transcript in 2011 that my guidelines was 25 to 40 years. The District of Columbia is Federal City and Jurisdiction issues → Judge Algeo use None Violence 9 conviction from District of Columbia → 2 Theft in 2006 and 2 Theft in 1997 → Misdemeanor. And Violation of Court Protection order in 2006 → Misdemeanor And Assault with Dangerous weapon in 1997 → Misdemeanor and Attempt Dist of Cocaine in 1991 and Simple Assault in 1988 → Misdemenor and Dist of PCP in 1987. I have no rape or no sex offense charge DC or MD or VA But this 2 counts sex offense in MD 2011 and I'm not a Repeat offender of this charge But I have a Mandatory Maximum Sentence of life When the State's Attorney said on the transcript in 2011 that my guidelines was 25 to 40 year not life. I do not have no conviction in the State of Maryland But one that is this case 119811C.

Please Please write me back soon

Please Get my PSI Report and Please Get my 4 transcript Report and Please Get Psychologist Report from Dr Neil Blumbry 410-561-1156 and Please Get The Social Work Report from → Steven A Cruers 509-850-6741 and Please Get The Discovered Report because it Will Show you that Montgomery Count Police Officer Never Show The Victim or Eyewitness identification Picture lineup of Mr Zelo. that Will overturn my conviction ck.

1. Please look at There Case → Temoney V State 290 Md 251 "1981"
2. Please look at There Case → Perry V New Hampshire 132 S.Ct 716 "2011"
3. Please look at There Case → State V Daughtry 419 Md 35 2011. I'm Asking and begging United States District Court and The Chief Judge And The Court of Appeals and U.S. Supreme Court and The Attorney General to Please look into my case 119811C to Recommendation a New Sentence or to overturn my conviction and to Go Back to Montgomery County Circuit Court for a New Trial or Hearing for a New Sentence. For me All I'm Asking for is a New Sentence ok.

Please Write Me Book soon ASAP.

if the United States District Court Recommendation a NEW Sentence for Henry or to Overturn my Conviction for New Trial or Hearing for NEW SENTENCE. Please Please Write me Back soon ASAP And Please Please Contact or Call my Attorney Becky Feldman Chief Attorney 410-260-4129 or Loryn Fiscella Attorney 202 994-4884. Please Please Contact or Call The Attorney General + Douglas F Gansler 410-576-6300. Please Please Contact or Call The MD House of Corrections for MEN → Mr John S Wolfe Warden and Ms Cherie N Pray Warden and Mr William O Filbert JR Director Correction.

2. JCI 410-799-0100
2. JCI 410-799-6100
3. JCI 410-585-3300
4. JCI 799-3400

Please Please Write me Back soon if This Court can not Help me out in my case Please Please Pass This information to a Court that can Help me out With my case ok.

James E. Howard
ID 421-084
B-A Cell 110